UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY RHINES, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:17-1623 |
| v. | : | (JUDGE MANNION) |
| Warden FCI-ALLENWOOD, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations, see 28 U.S.C. §2244(d), and for failure to raise a cognizable federal claim.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motion for discovery (Doc. 11) and motion for judgment on the pleadings (Doc. 15) are **DISMISSED** as moot.

4. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 5, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1623-01-ORDER.wpd